STATE OF CONNECTICUT *v.* LORENZO GRANT

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 635 (AC 24303), is denied.

*Carlos E. Candal*, special public defender, in support of the petition.

*Elizabeth M. Moseley*, special deputy assistant state's attorney, in opposition.

Decided September 12, 2005